IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
      FILED

    MAR 2 0 2012

CLERK, U.S. DISTRICT COURT
By_____
          Deputy
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:12-CR-024-L |
| | ) | |
| JOSE MENDOZA | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Jose Mendoza, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir.

1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure,  and

entered a plea of guilty to Count(s) 1 of the Indictment on March 20, 2012.  After cautioning and

examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined

that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by

an independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and have

sentence imposed accordingly.

Date:   March 2 0, 2012.

UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).