IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA          §
                                  §
v.                                §          CASE NO:   3:12-CR-024-L
                                  §
JOSE MENDOZA                      §

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea

of Guilty, the Consent of Defendant, and the Report and Recommendation Concerning Plea of Guilty

of the United States Magistrate Judge ("Report"), and no objections thereto having been filed within

ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge

determines  that the Report of the Magistrate Judge concerning the Plea of Guilty should be accepted.

Based upon the Report of the Magistrate Judge, the court finds that Defendant is fully competent and

capable of entering an informed plea, that he is aware of the nature of the charge and the

consequences of the plea, and that his plea of guilty is a knowing and voluntary plea, supported by

an independent basis in fact, containing each of the essential elements of the offense.  Accordingly,

the court **accepts** the plea of guilty entered by Defendant Jose Mendoza on March 20, 2012, and he

is hereby adjudged **guilty** of the offense charged in Count One of the Indictment, which is a violation

of 8 U.S.C. § 1326(a), namely, Illegal Reentry after Removal from the United States.  Sentence will

be imposed in accordance with the court's scheduling order.

**It is so ordered** this 5th day of April, 2012.

Sam A. Lindsay
United States District Judge